UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:20-cv-10680-KAR

BJORN W. GALASKE,

    *Plaintiff*,

v.

UNIVERSITY OF MASSACHUSETTS AT AMHERST;
DAVID C. VAILLANCOURT, Individually and in his official capacity as Senior Associate Dean of Students;
PATRICIA CARDOSO-ERASE, Individually and in her official capacity as Associate Dean of Students for Conduct and Compliance and Deputy Title IX Coordinator;
JONATHAN CONNARY, Individually and in his official capacity as Assistant Dean of Students;
LOUIS B. WARD, Individually and in his official capacity as Assistant Dean of Students; and
ELAINE K. BRIGHAM, Individually and in her official capacity as Case Manager in the Dean of Students Office,

    *Defendants*.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby files his notice of voluntary dismissal of this action.

    Respectfully submitted,
    Plaintiff,
    BJORN GALASKE,
    By his attorneys,
    SWOMLEY & TENNEN, LLP

    */s/ John G. Swomley*
    John G. Swomley, BBO # 551450
    50 Congress Street, 6th Floor
    Boston, MA 02109
    (617) 227-9443
    jswomley@swomleyandtennen.com

2

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                                   /s/ *John G. Swomley*
                                                 John G. Swomley, BBO # 551450

Dated: 5 October 2020